No. 95–8807. ABIDEKUN *v.* COOMBE, ACTING COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 2d Cir. Certiorari denied.

No. 95–8817. BOWELL *v.* PRUNTY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 95–8831. SCHINDLER *v.* MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 95–8857. FRANCE *v.* BURTON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–8862. D'AGNILLO *v.* DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–8881. BROWN *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 95–8888. WILLIAMS *v.* DALTON, SECRETARY OF THE NAVY. C. A. 4th Cir. Certiorari denied.

No. 95–8894. HUDSON *v.* GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 95–8926. BALLENGER *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 95–8929. ANTONIO RODRIGUEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–8944. HOLLY *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 95–8952. PIZZO *v.* CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–8954. RAGLAND *v.* ROMER, GOVERNOR OF COLORADO, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–8971. BRATTMAN *v.* GALVIN, SECRETARY OF COMMONWEALTH OF MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.